## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| PAT C. GREEVER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 4:11cv101 |
| | § | |
| COLLIN COUNTY COMMITTEE | § | |
| ON AGING, INC. | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF SETTLEMENT CONFERENCE

This case is hereby set for a Settlement Conference before the undersigned on **Tuesday, May 8, 2012 at 9:00 a.m.** before the undersigned at the **United States Courthouse 7940 Preston Road, Plano, Texas.**

This is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of the Magistrate Judge. All proceedings in a settlement conference are confidential and privileged from discovery. No subpoenas, summons, citations or other process shall be served at or near the location of any settlement conference upon any person entering, leaving, or attending any settlement conference.

Following the settlement conference, the Magistrate Judge will advise the court that the case did or did not settle.

### NOTICE

The named parties and lead counsel of record shall be present during the entire settlement conference.

Each party which is not a natural person must be represented by an officer with authority to negotiate a settlement. *(This person must be a true representative of the corporation. An employee of a local store with no corporate duties or responsibilities is not sufficient.)*

In cases where a group defense fund or insurance carrier is involved, a representative with settlement authority from that organization is also required.

***Any exception to these requirements must be approved by this court well in advance of the scheduled conference. "Availability by phone" is not a substitute for attendance.***

Counsel and parties should proceed in a good faith effort to try to resolve this civil action. The Court will use its best efforts to bring about a fair and equitable settlement for all parties.

The referral to alternative dispute resolution is not a substitute for trial, and this civil action will be tried if not settled.

**SO ORDERED**.

SIGNED this 23rd day of April, 2012.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE