**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| PAT C. GREEVER, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:11-cv-101 |
| | § | |
| COLLIN COUNTY COMMITTEE, | § | |
| ON AGING, INC. | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the court's "Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgment" signed on November 5, 2012, it is hereby ordered that Plaintiff's case is DISMISSED with prejudice and Plaintiffs shall take nothing from the Defendants. It is further ordered that costs shall be taxed against Plaintiff.

IT IS SO ORDERED.

**SIGNED this the 5th day of November, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE